IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY MEYERS, | Civil No. 3:10-CV-05743-BHS-JRC |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon Defendant's motion for an extension of time to file an Answer to Plaintiff's Complaint (ECF No. 8), the declaration of Terrye E. Shea in support of the motion and without objection from Plaintiff, it is hereby ORDERED that Defendant shall have until and including February 3, 2011, to file an Answer to Plaintiff's Complaint.

DATED this 3rd day of January 2011.

                                     J. Richard Creatura
                                     United States Magistrate Judge

Page 1     ORDER