UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MOLLY MEYERS,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. 3:10-CV-05743-BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's motion for an extension of time to file Defendant's responsive brief (ECF No. 16) and with no objection from Plaintiff, it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief by April 25, 2011;

- Plaintiff's optional reply brief shall be due by May 9, 2011; and

- Oral argument, if desired, shall be requested by May 16, 2011.

DATED this 30th day of March 2011.

　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:10-CV-05743-BHS-JRC]