UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MOLLY MEYERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:10-cv-05743-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Unopposed Second Motion (ECF No. 19), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 9, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including May 23, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by May 31, 2011.

DATED this 27th day of April, 2011.

　　　　　　　　　　　　　　　　_/s/ J. Richard Creatura_
　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1   ORDER - [3:10-cv-05743-BHS-JRC]