1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11   MOLLY MEYERS,

12

13                              Plaintiff,

          v.
14

15   MICHAEL J. ASTRUE, Commissioner of the
     Social Security Administration,
16

                              Defendant.
17

CASE NO.  10-cv-05743

ORDER ADOPTING REPORT AND
RECOMMENDATION TO REMAND

18        The Court, having reviewed the Stipulated Motion for Remand and the Report and

19   Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find

20   and ORDER:

21        (1)     The Court adopts the Report and Recommendation;

22
          (2)     The matter is therefore REVERSED and REMANDED pursuant to sentence four
23
24   of 42 U.S.C. § 405(g) to the Administration for further consideration as set forth in the Report

25   and Recommendation; and

26

ORDER - 1

1      (3)    The Clerk is directed to send copies of this Order to counsel of record and enter

2  judgment closing this case.

3      DATED at this 12th day of May, 2011.

4

5

6  _____

7  BENJAMIN H. SETTLE
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2