# United States District Court

WESTERN DISTRICT OF WASHINGTON

MOLLY MEYERS,                                    JUDGMENT IN A CIVIL CASE

         v.

Case No. 10-cv-05743

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     The matter is therefore REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration as set forth in the Report and Recommendation

      May 12, 2011                                   WILLIAM M. McCOOL
           Date                                                         Clerk

                                                        *s/ Mary Trent*
                                                            Deputy Clerk